| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

CROWN PIPE SHOP, INC., §
§
       Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:07-CV-35
§
WESTPORT INSURANCE CORP., §
ET AL., §
§
       Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on January 23, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 2nd day of November, 2007.

*Marcia A. Crone*
      MARCIA A. CRONE
   UNITED STATES DISTRICT JUDGE